**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re Sitagliptin Phosphate ('708 & '921) Patent Litigation | C.A. No. 19-md-2902-RGA |
| MERCK SHARP & DOHME CORP.,<br><br>*Plaintiff*,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>*Defendant*. | C.A. No. 19-1489-RGA |
| MERCK SHARP & DOHME CORP.,<br><br>*Plaintiff*,<br>v.<br><br>SANDOZ, INC.,<br><br>*Defendant*. | C.A. No. 19-312-RGA |
| MERCK SHARP & DOHME CORP.,<br><br>*Plaintiff*,<br>v.<br><br>APOTEX INC., and APOTEX CORP.,<br><br>*Defendants*. | C.A. No. 19-313-RGA<br><br>C.A. No. 20-749-RGA |

| | |
|---|---|
| MERCK SHARP & DOHME CORP., <br><br> *Plaintiff*, <br><br> v. <br><br> ZYDUS PHARMACEUTICALS (USA) INC. and CADILA HEALTHCARE LTD., <br><br> *Defendants*. | C.A. No. 19-314-RGA |
| MERCK SHARP & DOHME CORP., <br><br> *Plaintiff*, <br><br> v. <br><br> SUN PHARMACEUTICAL INDUSTRIES LTD., <br><br> *Defendants*. | C.A. No. 19-319-RGA |
| MERCK SHARP & DOHME CORP., <br><br> *Plaintiff,* <br><br> v. <br><br> AUROBINDO PHARMA LIMITED and AUROBINDO PHARMA USA, INC., <br><br> *Defendants.* | C.A. No. 20-949-RGA <br><br> C.A. No. 20-1099-RGA |

| | |
|---|---|
| MERCK SHARP & DOHME CORP., <br><br> *Plaintiff,* <br><br> v. <br><br> DR. REDDY'S LABORATORIES, INC. and DR. REDDY'S LABORATORIES, LTD., <br><br> *Defendants.* | C.A. No. 20-847-RGA |
| MERCK SHARP & DOHME CORP., <br><br> *Plaintiff,* <br><br> v. <br><br> AJANTA PHARMA LIMITED, and AJANTA PHARMA USA INC., <br><br> *Defendants.* | C.A. No. 20-1496-RGA <br><br> C.A. No. 20-815-RGA |

### DEFENDANTS' JOINT NOTICE TO TAKE VIRTUAL DEPOSITION OF ALLAN MYERSON

**PLEASE TAKE NOTICE,** pursuant to Federal Rule of Civil Procedure 30, Defendants Mylan Pharmaceuticals Inc., Sun Pharmaceutical Industries Ltd., Aurobindo Pharma Limited, Aurobindo Pharma USA, Inc., Apotex Inc., Apotex Corp., Zydus Pharmaceuticals (USA) Inc., Cadila Healthcare Limited, Sandoz Inc., Dr. Reddy's Laboratories, Inc., Dr. Reddy's Laboratories, Ltd., Ajanta Pharma Limited, and Ajanta Pharma USA Inc. by and through their counsel, shall take the oral deposition of Allan Myerson. The deposition will commence at 9:00 a.m. (Eastern) on Tuesday, July 13, 2021. The deposition shall take place before a court reporter, notary public, or other person authorized by law to administer oaths, and will continue until complete. The deposition will be recorded by stenographic means and on videotape. The deposition transcript

and/or videotape may be used at an evidentiary hearing or trial in accordance with the Federal Rules of Evidence and the Federal Rules of Civil Procedure.

Dated: July 8, 2021

      /s/ Cortlan S. Hitch
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendant*
*Mylan Pharmaceuticals Inc.*

      /s/ Anne Shea Gaza
Anne Shea Gaza (# 4093)
Samantha G. Wilson (# 5816)
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com

*Attorneys for Defendant*
*Sun Pharmaceutical Industries Ltd.*

    */s/ Eve H. Ormerod*
Eve H. Ormerod (# 5369)
SMITH, KATZENSTEIN, & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
eormerod@skjlaw.com

*Attorneys for Defendants*
*Aurobindo Pharma Limited and*
*Aurobindo Pharma USA, Inc.*


    */s/ David A. Bilson*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Defendants*
*Apotex Inc. and Apotex Corp.*


    */s/ David A. Bilson*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Defendants Zydus*
*Pharmaceuticals (USA) Inc. and*
*Cadila Healthcare Limited*

    */s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)
Aaron M. Nelson (#5941)
HEYMAN ENERIO GATTUSO & HIRZEL LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Defendant Sandoz Inc.*

    */s/ Jack C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Defendants*
*Ajanta Pharma Limited and*
*Ajanta Pharma USA Inc.*

*/s/ Stephanie E. O'Byrne*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Flr.
1313 N. Market St.
Wilmington, DE 19801
(302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com

*Attorneys for Defendants*
*Dr. Reddy's Laboratories, Inc.*
*and Dr. Reddy's Laboratories, Ltd.*